```
1  MICHAEL E. ADAMS (SBN: 47278)
   LAW OFFICES OF MICHAEL E. ADAMS
2  702 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone: (650) 599-9463
   Fax:       (650) 599-9785
4
   Attorney for Plaintiff EDWARD KEOUGH
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEOUGH,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO, CHIEF HEATHER FONG, SERGEANT JOHN HAGGETT, COUNTY OF SAN MATEO, SHERIFF DON HORSELY, and DOES 1 to 150,<br><br>        Defendants.<br>_____ | Case No. C 07-01358 MEJ<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT**<br>_____<br><br>DATE: June 1, 2007<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 10, 19th Floor<br>JUDGE: Hon. Susan Illston |

Plaintiff Edward Keough and Defendants County of San Mateo and Sheriff Don Horsely, by and through their respective undersigned counsel of record, hereby stipulate to continue the hearing on said Defendants' Motion to Dismiss and Motion for a More Definite Statement from June 1, 2007 to June 8, 2007 at 9:00 a.m. in the courtroom of Hon Susan Illston.

DATED: May 31, 2007                           DATED: May 31, 2007

*/s/ Michael E. Adams*                        */s/ Porter Goltz*
_____               _____
MICHAEL E. ADAMS                              PORTER GOLTZ
Attorney for Plaintiff                        Attorney for Defendants COUNTY OF
EDWARD KEOUGH                                 SAN MATEO and SHERIFF DON HORSELY

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation and Order to Continue Motion to Dismiss and Motion for a More Definite Statement

# ORDER

The parties so stipulating,

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss and Motion for a More Definite Statement is continued from June 1, 2007 to June 8, 2007 at 9:00 a.m. in Courtroom 10 of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA.

DATED: May 31, 2007

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation and Order to Continue Motion to Dismiss and Motion for a More Definite Statement