IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD KEOUGH,            No. C 07-01358 SI

        Plaintiff,                    **PRETRIAL PREPARATION ORDER**

   v.

SF CITY OF,

        Defendant.
                                   /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 7, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>April 11, 2008</u>.

DESIGNATION OF EXPERTS: <u>6/6/08</u>; REBUTTAL: <u>6/13/08</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 30, 3008</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 18, 2008</u>;

    Opp. Due <u>May 2, 2008</u>; Reply Due <u>May 9, 2008</u>;

   and set for hearing no later than <u>May 23, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>July 22, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 4, 2008</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur by 11/20/07.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                         *Susan Illston*
                                                              ─────────────────────
                                                              SUSAN ILLSTON
                                                              United States District Judge

**United States District Court**
For the Northern District of California