MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax: (650) 599-9785

Attorney for Plaintiff EDWARD KEOUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEOUGH,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO, CHIEF HEATHER FONG, SERGEANT JOHN HAGGETT, COUNTY OF SAN MATEO, SHERIFF DON HORSELY, and DOES 1 to 150,<br><br>    Defendants. | Case No. C 07-01358SI<br><br>**STIPULATION TO POSTPONE MAGISTRATE'S SETTLEMENT CONFERENCE;** [PROPOSED] **ORDER**<br>_____<br><br>DATE: June 29, 2007<br>TIME: 2:00 p.m.<br>COURTROOM: 10<br>JUDGE: Hon. Susan Illston |

The parties hereto, by and through their respective undersigned counsel of record, hereby stipulate, subject to court approval, to postpone the settlement conference before Magistrate Judge Edward M. Chen from November 6, 2007 to a date not later than February 28, 2008.

The reason for this stipulation is that the parties wish to conduct further discovery prior to the settlement conference in order to heighten the prospect of the settlement conference being productive. It should be noted that the next dates that Magistrate Chen has available are during February, 2008. The parties do not anticipate that this postponement will any other dates now scheduled herein.

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Plaintiff's Case Management Statement

| | | |
|---|---|---|
| 1 | DATED: October 31, 2007 | DATED: October 31, 2007 |
| 2 | | |
| 3 | /S/ Michael E. Adams | /s/ Robert A. Bonta |
| | _____ | _____ |
| 4 | MICHAEL E. ADAMS<br>Attorney for Plaintiff | ROBERT A. BONTA<br>Attorney for Defendants |
| 5 | EDWARD KEOUGH | CITY AND COUNTY OF SAN FRANCISCO,<br>CHIEF HEATHER FONG, and SERGEANT<br>JOHN HAGGETT |
| 6 | | |
| 7 | | DATED: October 31, 2007 |
| 8 | | |
| 9 | | /s/ Portor Goltz<br>_____ |
| 10 | | PORTOR GOLTZ<br>Attorney for Defendants |
| 11 | | COUNTY OF SAN MATEO and<br>SHERIFF DON HORSELY |
| 12 | | |
| 13 | / / / | |
| 14 | / / / | |
| 15 | | |
| 16 | / / / | |
| 17 | / / / | |
| 18 | | |
| 19 | / / / | |
| 20 | / / / | |
| 21 | | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | | |
| 28 | / / / | |

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Plaintiff's Case Management Statement

[PROPOSED]
**ORDER**

    The parties so stipulating and good cause appearing,

IT IS HEREBY ORDERED that settlement conference herein before Magistrate Judge Edward M. Chen is postponed from November 6, 2007 to a date not later than February 28, 2008. A further case management conference shall occur on 3/14/08 @ 2:30 p.m. (not 12/7/07).

DATED: November 5 , 2007

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

3

Plaintiff's Case Management Statement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463**

4

Plaintiff's Case Management Statement