```
1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 083887)
   By: PORTOR GOLTZ Deputy (SBN 095132)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone:  (650) 363-4753
4  Fax:  (650) 363-4034

5  Attorneys for Defendants
   SHERIFF DONALD HORSLEY,
6  THE COUNTY OF SAN MATEO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEOUGH, <br><br>   vs. <br><br> CITY OF SAN FRANCISCO, CHIEF HEATHER FONG, SERGEANT JOHN HAGGETT, COUNTY OF SAN MATEO, SHERIFF DONALD HORSLEY, and DOES 1-150, <br><br>   Defendants. | Case No. C07-01358 SI <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Parties hereto, by their counsel, hereby stipulate to dismissal with prejudice of Defendants, County of San Mateo and Sheriff Donald Horsley.

Dated: March 28, 2008

                                         s/s
                                  MICHAEL ADAMS
                                 Attorney for Plaintiff, Edward Keough

                                  MICHAEL P. MURPHY, COUNTY COUNSEL

Dated: March 28, 2008     By:                s/s
                                  PORTOR GOLTZ, Deputy
                                  Attorney for Defendants, County of San
                                  Mateo & Sheriff Donald Horsley

IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

Case No. C07-01358 SI
STIPULATION OF DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C07-01358 SI            2
JUDGMENT OF DISMISSAL