DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-4268
Facsimile:  (415) 554-3837
E-Mail:     robert.bonta@sfgov.org

Attorneys for Defendants
CITY OF SAN FRANCISCO,
CHIEF HEATHER FONG, AND
SERGEANT JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, CHIEF HEATHER FONG, SERGEANT JOHN HAGGETT, COUNTY OF SAN MATEO, SHERIFF DON HORSELY AND DOES 1 TO 150,<br><br>Defendants. | Case No.: 07-CV-01358-SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT AND CLAIMS**<br><br>Date Action Filed:  January 18, 2007<br>Trial Date:         August 4, 2008 |

STIPULATION AND [PROPOSED] ORDER
Case No. 07-CV-01358-SI

1

n:\lit\li2008\071022\00477877.doc

PLAINTIFF EDWARD KEOUGH AND DEFENDANT CITY AND COUNTY OF SAN FRANCISCO HEREBY JOINTLY REQUEST AND STIPULATE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the court dismiss with prejudice the City and County of San Francisco and San Francisco Police Chief Heather Fong as to all claims.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the court dismiss with prejudice plaintiff's *Monell* claims (Second and Third Causes of Action in their entirety).

IT IS SO STIPULATED.

Dated: April 11, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT A. BONTA
Deputy City Attorney

By: /s/ Robert A. Bonta
ROBERT A. BONTA

Attorneys for Defendants
CITY OF SAN FRANCISCO,
CHIEF HEATHER FONG, SERGEANT JOHN HAGGETT

Dated: April 11, 2008

LAW OFFICES OF MICHAEL E. ADAMS

By: /s/ Michael E. Adams
MICHAEL E. ADAMS

Attorney for Plaintiff
EDWARD KEOUGH

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

/s/ Susan Illston
HONORABLE SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 07-CV-01358-SI

2

n:\lit\li2008\071022\00477877.doc